B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of South Carolina

In re  Nowamagbe Austin Omoigui              ,          Case No.  17-05664-jw

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association as Trustee of Chalet Series III Trust
_____ Name of Transferee _____

Federal National Mortgage Association ("Fannie Mae")
_____ Name of Transferor _____

Name and Address where notices to transferee should be sent:
  c/o SN Servicing Corporation
  323 Fifth Street
  Eureka, CA 95501

Court Claim # (if known): ____10-1____
Amount of Claim: ____$209,832.41____
Date Claim Filed: ____06/26/2018____

Phone:  800-603-0836
Last Four Digits of Acct #: ____9625____

Phone: _____
Last Four Digits of Acct. #: ____5279____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile
_____ Transferee/Transferee's Agent

Date: 02/12/2019

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.